**CASE CLOSED**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAMONT TRUESDALE, | |
| Plaintiff, | Docket No.:2:18-cv-09392-MCA-MAH |
| vs. | CIVIL ACTION |
| FIDELITY LIFE ASSOCIATION, | |
| Defendant. | |

## JOINT STIPULATION TO DISMISS

Plaintiff Lamont Truesdale and Defendant Lincoln Benefit Life Company, by and through their undersigned counsel, hereby stipulate and agree that this Action shall be dismissed in its entirety, with prejudice, with all Parties bearing their respective costs and attorneys' fees.

Dated: October 10, 2018

s/ Katherine L. Villanueva
Katherine L. Villanueva
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA  19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
Katherine.Villanueva@dbr.com

*Attorneys for Defendant*
*Fidelity Life Association*

s/ Eric Dinnocenzo
Eric Dinnocenzo
Law Offices of Eric Dinnocenzo
469 Seventh Avenue, Suite 1215
New York, NY  10018
Telephone:  (212) 933-1675
Facsimile:  (212) 249-5624
eric@dinnocenzolaw.com

*Attorneys for Plaintiff*
*Lamont M. Truesdale*

SO ORDERED
10/15/18
Madeline Cox Arleo, U.S.D.J.